STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

**FILED**

Oct 25 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-mj-71610-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| NEITAN ERAZO-RAMOS, | |
| Defendant. | |

On October 08, 2021 defendant, Neitan Erazo-Ramos, was charged by complaint with Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and 846. The defendant had his initial appearance before the court on October 15, 2021.

This matter came before the Court on October 25, 2021 for a detention hearing. The defendant

appeared by videoconference with his consent and was represented by Michael Goldrosen. Assistant United States Attorney Kenneth Chambers appeared for the government. A United States Pretrial Services Agency Officer was also present at the hearing. Pretrial Services submitted a report that recommended detention based on risk of flight. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant has essentially no community ties to the Northern District of California; (2) there is almost nothing keeping him here, as he has no bail resources, his housing situation is unstable and he was recently transient, and he has no employment history; (3) the defendant declined to tell Pretrial Services the names of the people he is living with and would not give an exact address; (4) the defendant is a native of Honduras; and (5) given the nature of the charges against him, the court finds that the defendant is a flight risk.

These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

1  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
2  court proceeding.
3      IT IS SO ORDERED.
4
5  DATED:   10/25/2021
                                          _____
6                                          HONORABLE THOMAS S. HIXSON
                                           United States Magistrate Judge